**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

KIM FARAONI,
  *Plaintiff,*

 v.

UNITED STATES OF AMERICA AND
CENTRAL TEXAS VETERANS
ADMINISTRATION,
  *Defendants.*

§
§
§
§
§
§
§
§
§
§
§

**CASE NO. 6:24-CV-40-ADA-DNM**

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan MacLemore. Dkt. 37. The report recommends that this Court **GRANT** Defendants' Motion to Dismiss (Dkt. 18). *Id.* at 1, 8. The report was filed on May 8, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on May 13, 2026. Dkt. 38. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 37), Plaintiff's objections (Dkt. 38), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (Dkt. 37) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections (Dkt. 38) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Dkt. 18) is hereby **GRANTED.**

All other pending motions are hereby **DENIED** as **MOOT.** The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 26th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE